NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3024

MARTINA D. CERDA,

Petitioner,

v.

DEPARTMENT OF LABOR,

Respondent.

James A. Endicott, Jr., of Harker Heights, Texas, argued for petitioner.

Joseph E. Ashman, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, Donald E. Kinner, Assistant Director and Matthew H. Solomson, Trial Attorney.

Appealed from: United States Merit Systems Protection Board

NOTE:   This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3024

MARTINA D. CERDA,

Petitioner,

v.

DEPARTMENT OF LABOR,

Respondent.

# Judgment

ON APPEAL from the      Merit Systems Protection Board

in CASE NO(S).      DA0432050444-I-1.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER, SCHALL and LINN, <u>Circuit Judges</u>)

<u>AFFIRMED</u>.  <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED:  December 5, 2007                    /s/  Jan Horbaly
                                            Jan Horbaly, Clerk